# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Felisa A. Holmes  
        Debtor(s)

CHAPTER 13

BKY. NO. 13-14460 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to Trust Indenture dated April 1, 1982), as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1519

                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**  
                                        Thomas Puleo, Esquire  
                                        Brian C. Nicholas, Esquire  
                                        KML Law Group, P.C.  
                                        701 Market Street, Suite 5000  
                                        Philadelphia, PA 19106-1532  
                                        (215) 825-6306  FAX (215) 825-6406