United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-14460-amc
Felisa A. Holmes                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore        Page 1 of 2        Date Rcvd: Jan 17, 2018
                          Form ID: 138NEW        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
```
db            +Felisa A. Holmes,    607 Anchor Street,    Philadelphia, PA 19120-1707
13053054       Anne Whitcombe, Esquire,    Deputy City Solicitor,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
13053061      +CMI,   4200 International Parkway,    Carrollton, TX 75007-1930
13053056      +Central Finance Control,    P.O. Box 660873,    Dallas, TX 75266-0873
13053057      +Chex Systems / Philadelphia,    12800 Townsend Road,    Philadelphia, PA 19154-1003
13053059       City of Philadelphia,    Code Violation Enforcement Division,    Department of Finance,
                P.O. Box 56318,    Philadelphia, PA 19130-6318
13053062      +Jeanes Hospital,    Attn:  Cashier,    7600 Central Avenue,    Philadelphia, PA 19111-2499
13053063      +Law Offices of Sherri R. Dicks, P.C.,    P.O. Box 42251,    Philadelphia, PA 19101-2251
13053067      +PHFA - PA Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1466
13053065      +Penn Credit,    P.O. Box 1259,    Department 91047,    Oaks, PA 19456-1259
13053066      +Penn Medicine,    Pennsylvania Hospital,    1500 Market Street  UM600,
                Philadelphia, PA 19102-2157
13053068      +Philadelphia Gas Works,    ATTN: Bankruptcy Department,    800 W. Montgomery Avenue,
                Philadelphia, PA 19122-2898
13053070      +The CBE Group, Inc.,    131 Tower Park Drive, Suite 100,    P.O. Box 900,
                Waterloo, IA 50704-0900
13066250      +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,    Shepherd's Mall,
                2401 N.W. 23rd Street, Suite 1A,    Oklahoma City, OK 73107-2423
13053071      +Verizon,    500 Technology Drive, Suite 300,    Weldon Spring, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 18 2018 01:51:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 18 2018 01:52:20     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13053052      +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:05     AFNI,   P.O. Box 3097,
                Bloomington, IL 61702-3097
13053053      +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:05     AFNI, Inc.,
                1310 Martin Luther King Drive,    P.O. Box 3247,    Bloomington, IL 61702-3247
13134760      +E-mail/Text: EBNProcessing@afni.com Jan 18 2018 01:52:05     Afni, Inc,   PO Box 3667,
                Bloomington, IL 61702-3667
13117569       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2018 02:01:51
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13053055       E-mail/Text: kellyp@ccpdocs.com Jan 18 2018 01:52:50     Cardiology Consultants PH,
                207 N. Broad St., Third Floor,    Philadelphia, PA 19107-1500
13053058      +Fax: 602-659-2196 Jan 18 2018 02:08:37     Chex Systems, Inc.,    Attn: Consumer Relations,
                7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
13053060       E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:38     City of Philadelphia,
                Water Revenue Bureau,    Attn: Bankruptcy Unit, 2nd Floor,    1401 JFK Boulevard,
                Philadelphia, PA 19102-1663
13142392      +E-mail/Text: bankruptcy@phila.gov Jan 18 2018 01:52:38
                City of Philadelphia, Law Department - Tax Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1640
13053064      +E-mail/Text: bankruptcygroup@peco-energy.com Jan 18 2018 01:51:30     PECO Energy,
                Attn: Bankruptcy Department,    2301 Market Street,    Philadelphia, PA 19103-1380
13215513      +E-mail/Text: blegal@phfa.org Jan 18 2018 01:52:00     PENNSYLVANIA HOUSING FINANCE AGENCY,
                Attn: ALSV/Anne,    211 North Front Street,    Harrisburg, PA 17101-1406
13096923       E-mail/Text: appebnmailbox@sprint.com Jan 18 2018 01:51:57     Sprint Nextel Corp.,
                Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
13053069       E-mail/Text: appebnmailbox@sprint.com Jan 18 2018 01:51:56     Sprint,   P.O. Box 3827,
                Englewood, CO 80155-3827
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13446488*     +U.S. Department of HUD,    c/o Novad Management Consulting, LLC,    Shepherd's Mall,
                2401 N.W. 23rd Street, Suite 1A,    Oklahoma City, OK 73107-2423
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2                   Date Rcvd: Jan 17, 2018
                              Form ID: 138NEW            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO TRUST INDENTURE DATED APRIL 1, 1982)
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor   Pennsylvania Housing Finance Agency
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              SHERRI  DICKS    on behalf of Debtor Felisa A. Holmes shrdlaw@hotmail.com,  shrdlaw@outlook.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY, PURSUANT TO TRUST INDENTURE DATED APRIL 1, 1982)
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Felisa A. Holmes
   Debtor(s)

Bankruptcy No: 13−14460−amc
Chapter: 13

___

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed his final report and account.

 2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

   900 Market Street
   Suite 400
   Philadelphia, PA 19107

within 30 days from the date of this notice.

 3. In the absence of any objection, the Court may enter the Order of Discharge.

         For The Court

         Timothy B. McGrath
         Clerk of Court

Dated: 1/17/18