B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT

_____District Of _____

In re _____        Case No. _____ __

Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
### DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

_Part I.  Certification Regarding Domestic Support Obligations (check no more than one)_

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

❑        I owed no domestic support obligation when I filed my bankruptcy petition, and I
have not been required to pay any such obligation since then.

❑        I am or have been required to pay a domestic support obligation.  I have paid all
such amounts that my chapter 13 plan required me to pay.  I have also paid all such
amounts that became due between the filing of my bankruptcy petition and today.

_Part II.  If you checked the second box, you must provide the information below._

My current address: _____

My current employer and my employer's address:_____

_____

_Part III.  Certification Regarding Section 522(q) (check no more than one)_

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

❑        I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1)
in property that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in
value in the aggregate.

❑        I have claimed an exemption in property pursuant to § 522(b)(3) and state or local
law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or
acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in
value in the aggregate.

*    Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases
commenced on or after the date of adjustment.

B2830 (Form 2830) (page 2)

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____

               Date                                        Debtor