# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : Chapter 13 |
| Felisa A. Holmes, | : |
|  | : Bankr. #13-14460/AMC |
| Debtor. | : |

## **CERTIFICATE OF SERVICE**

I, Sherri Dicks, Esquire, counsel for the Debtor, hereby certify that on this 29th day of January 2018, a copy of the aforementioned Motion to Vacate Wage Order – Trustee and Motion to Vacate Wage Order – Mortgagee were served upon the following parties by either electronic means or by first class mail, postage pre-paid:

Andrew Vara
Acting United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pa 19107

William C. Miller
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

Adrienne Bailey
Bankruptcy Officer I
Pennsylvania Housing Finance Agency
PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101

DLA Piper LLP
**Attn: Payroll**
6225 Smith Avenue
Baltimore, MD 21209

Felisa A. Holmes
607 Anchor Street
Philadelphia, PA 19120

/s/Sherri Dicks
SHERRI DICKS