### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| | : **Chapter 13** |
| Felisa A. Holmes, | : |
| | : Bankr. #13-14460/AMC |
| Debtor. | : |

### ORDER

**AND NOW**, upon consideration of the Motion of Debtor Felisa A. Holmes, it is hereby

**ORDERED** that all wage orders are hereby VACATED.

BY THE COURT:

**Date: January 30, 2018**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

cc:  Andrew R. Vara
     Acting United States Trustee
     833 Chestnut Street, Suite 500
     Philadelphia, Pa 19107

     William C. Miller
     Chapter 13 Standing Trustee
     P.O. Box 40119
     Philadelphia, PA   19106-0119

     DLA Piper LLP
     **Attn: Payroll**
     6225 Smith Avenue
     Baltimore, MD 21209

     Felisa A. Holmes
     607 Anchor Street
     Philadelphia, PA 19120