Certificate Number: 06501-PAE-DE-030507195

Bankruptcy Case Number: 13-14460



06501-PAE-DE-030507195

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 31, 2018</u>, at <u>2:56</u> o'clock <u>PM CST</u>, <u>Felisa Holmes</u> completed a course on personal financial management given <u>by internet</u> by <u>Arbor Investments LTD.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 31, 2018</u>

By:  <u>/s/Carlo Skrupa</u>

Name:  <u>Carlo Skrupa</u>

Title:  <u>Program Manager</u>